**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

IN RE:

CHARLES W. BOYD, JR.                               CASE NO. 18-10574-JAL-13

    Debtor

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The Secured Creditor, Kirkland Acquisitions, LLC, objects to confirmation of the Chapter 13 Plan ("Plan") proposed herein by the Debtor. As grounds, Kirkland Acquisitions, LLC states as follows:

1. Kirkland Acquisitions, LLC has a properly perfected mortgage lien on real estate located at 1371 Stevenson Mill Road, Russellville, KY 42276.

2. Kirkland Acquisitions, LLC intends to file a secured Proof of Claim ("Claim") with this Honorable Court.

3. The Plan fails to list the amount of pre-petition arrearage owed to Kirkland Acquisitions, LLC correctly. The Plan only lists the pre-petition arrearage as $24,178.84; however, once Kirkland Acquisitions, LLC files its claim, the estimated amount of pre-petition arreraage should be approximately $39,410.10.

**WHEREFORE**, Kirkland Acquisitions, LLC respectfully requests that confirmation of the Plan proposed by the Debtor herein be denied until such time as the Debtor has amended the Plan to accurately reflect the correct amounts once the Claim is filed with this Court.

(TR) 18-00375/ 18-10574-JAL-13/ Kirkland/Boyd

/s/ Christopher M. Hill
_____
Christopher M. Hill
Robyn McDonald
Carlisle, McNellie, Rini, Kramer & Ulrich Co., LPA
P.O. Box 817
Frankfort, KY 40601
502-226-6100/telephone
502-223-0700/facsimile
Counsel for Creditor, Kirkland Acquisitions, LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served on the debtor, counsel for the debtor, the trustee, and other parties in interest, by either ordinary U.S. Mail, postage pre-paid, or via electronic filing this 12th day of July, 2018.

Charles W Boyd, Jr.
P.O. Box 971
Russellville, KY 42276
Debtor

Alicia C. Johnson
P.O. Box 1654
Russellville, KY  42276
Counsel for Debtor

William W. Lawrence
310 Republic Plaza
200 S. Seventh St.
Louisville, KY 40202
Trustee

*US Trustee*
Charles R. Merrill
Asst. U.S.Trustee
601 West Broadway #512
Louisville, KY 40202

/s/ Christopher M. Hill
_____
Christopher M. Hill
Robyn McDonald
Counsel for Creditor, Kirkland Acquisitions, LLC

(TR) 18-00375/ 18-10574-JAL-13/ Kirkland/Boyd