# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

IN RE:

CHARLES W. BOYD, JR.                                              CASE NO. 18-10574-JAL-13

    Debtor

## RESPONSE OF KIRKLAND ACQUISITIONS, LLC
## TO OBJECTION TO PROOF OF CLAIM

    The Movant, Kirkland Acquisitions, LLC, a creditor in the above-referenced case, by counsel, responds to the Debtor's Objection to Proof of Claim ("Objection"), Document Number 18, filed hereon on October 16, 2018 as follows:

    1.    Kirkland Acquisitions, LLC filed its secured Proof of Claim ("Claim"), Number 3-1, in the amount of $170,910.26, on August 13, 2018.

    2.    The Objection asserts that the amount of the pre-petition arrearage of $49,509.86 stated in the proof of claim should be reduced to $25,142.53, since the remainder of the arrearage not attributable to missed payments was "projected escrow shortage."

    3.    An amended proof of claim has been prepared and will be filed to reduce the pre-petition arrearage to $41,812.03. A copy of the amended proof of claim is attached hereto as Exhibit B. Attached to the amended proof of claim is a calculation detailing expenditures on the loan in the amount of $20,806.69 for items such as taxes, legal costs and insurance paid by Kirkland or its predecessors.

    4.    The attachment the amended proof of claim has one line item called Negative Escrow Balance Transferred to Kirkland representing amounts incurred by prior servicers in the amount of $14,791.34. Kirkland has obtained a payment history from the prior servicer, attached as Exhibit B, detailing the charges making up the negative escrow balance

(TR) 18-00375/ 18-10574-JAL-13/ Kirkland/Boyd

incurred prior to Kirkland's acquisition of the loan. Exhibit B details charges for such items as taxes, homeowners insurance, foreclosure and bankruptcy expense, and property preservation expense incurred from February 3, 2014 to January 8, 2016.

5. The pre-petition arrearage owed to Kirkland is as follows: $20,001.45 in unpaid principal and interest payments, representing 43 past due payments; $14,791.34 representing advances incurred by the prior servicer; $5,145.72 representing insurance and taxes paid by Kirkland; and $1,873.81 in legal fees for a foreclosure incurred prior to the bankruptcy: TOTAL: $41,812.03.

**WHEREFORE**, Kirkland Acquisitions, LLC prays for an Order of the Court as follows:

1. Overruling the Objection to its claim.

2. For such other relief as may be appropriate.

/s/ Christopher M. Hill
_____
Christopher M. Hill
Of counsel for Carlisle, McNellie, Rini, Kramer
& Ulrich Co., LPA
P.O. Box 817
Frankfort, KY 40601
502-226-6100/telephone
502-223-0700/facsimile
Counsel for Creditor, Kirkland Acquisitions, LLC

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was served on the debtor, counsel for the debtor, the trustee, and other parties in interest, by either ordinary U.S. Mail, postage pre-paid, or via electronic filing this 15th day of November 2018.

Charles W Boyd, Jr.
P.O. Box 971
Russellville, KY 42276
*Debtor*

(TR) 18-00375/ 18-10574-JAL-13/ Kirkland/Boyd

Alicia C. Johnson
P.O. Box 1654
Russellville, KY  42276
*Counsel for Debtor*

William W. Lawrence
310 Republic Plaza
200 S. Seventh St.
Louisville, KY 40202
*Trustee*

*US Trustee*
Charles R. Merrill
Asst. U.S.Trustee
601 West Broadway #512
Louisville, KY 40202

                                               /s/ Christopher M. Hill
                                        _____
                                        Christopher M. Hill
                                        Counsel for Creditor, Kirkland Acquisitions, LLC

(TR) 18-00375/ 18-10574-JAL-13/ Kirkland/Boyd